**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6322**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY WHYTE,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Marvin J. Garbis, District Judge. (CR-91-357-MJG)

_____

Submitted: August 15, 2002          Decided: August 20, 2002

_____

Before NIEMEYER, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Gregory Whyte, Appellant Pro Se. Martin Joseph Clarke, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Gregory Whyte appeals the district court's order denying his motion pursuant to 18 U.S.C. § 3582 (2000) for an adjustment of his criminal sentence imposed in 1992. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Whyte, No. CR-91-357-MJG (D. Md. Feb. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED